IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | :   CRIMINAL NO. 18-101 |
| MEHDI NIKPARVAR-FARD, et al. | : |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY


  s/ Christopher Diviny
CHRISTOPHER DIVINY
Assistant United States Attorney

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY


  s/ Mary Kay Costello
MARY KAY COSTELLO
Assistant United States Attorney