IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-CR-00101 |
| MEHDI NIKPARVAR-FARD ET AL | : | |

<u>WITHDRAWAL OF APPEARANCE</u>

Kindly withdraw my appearance on behalf of the United States of America.

JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY


<u>/S/Seth M. Schlessinger</u>
SETH M. SCHLESSINGER
Assistant United States Attorney