IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-CR-00101 |
| | : | |
| MEHDI NIKPARVAR-FARD ET AL | | |

### AMENDED NOTICE OF WITHDRAWAL OF APPEARANCE

On February 26, 2021, the United States filed a Withdrawal of Appearance for Assistant United States Seth M. Schlessinger at docket entry 261. The United States inadvertently filed this under the signature of Seth M. Schlessinger, when at the time, Seth M. Schlessinger was a former Assistant United States Attorney.

To correct this error, the United States files this Amended Notice of Withdrawal of Appearance. Kindly withdraw the appearance of former Assistant United States Attorney Seth M. Schlessinger on behalf of the United States of America.

JENNIFER ARBITTIER WILLIAMS
ACTING UNITED STATES ATTORNEY


/s/Robert A. Zauzmer_____
ROBERT A. ZAUZMER
Assistant United States Attorney