IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 18-101-13 |
| : | |
| JOANNE RIVERA : | |

### O R D E R

AND NOW, this _____ day of May, 2022, upon consideration of the Government's Motion to Unseal, it is hereby

### O R D E R E D

that the government's motion be, and hereby is, GRANTED, and that the Plea Hearing in this matter is hereby temporarily, **UNSEALED**.

BY THE COURT:

_____
HONORABLE GENE E.K. PRATTER
*United States District Court Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. 18-101-13 |
| | : |
| JOANNE RIVERA | : |

**GOVERNMENT'S MOTION TO TEMPORARILY UNSEAL PLEA HEARING**

The United States of America, by its attorneys, Jennifer Arbittier Williams, United States Attorney for the Eastern District of Pennsylvania, and Mary Kay Costello, Assistant United States Attorney for the district, respectfully represents:

1. On March 6, 2020, the government presented a Change of Plea in this matter, wherein all related filings and notices were filed under seal.

2. The government is requesting that the Plea Hearing be temporarily unsealed for the limited purpose of obtaining a transcript of the guilty plea colloquy.

WHEREFORE, the government respectfully requests that its motion be granted and that the Plea Hearing be temporarily unsealed.

Respectfully submitted,

JENNIFER ARBITTIER WILLIAMS
United States Attorney


 *s/ Mary Kay Costello*
MARY KAY COSTELLO
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the Government's Motion to Unseal has been served on below counsel by e-mail.

Carmen C. Nasuti , III, Esq.<br>
Attorney for Joanne Rivera

                                        *s/ Mary Kay Costello*
                                        MARY KAY COSTELLO
                                        Assistant United States Attorney

Date:   May 2, 2022