IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 18-101 |
| MEHDI NIKPARVAR-FARD, et al. | : | |

WITHDRAWAL OF APPEARANCE

Kindly withdraw my appearance on behalf of the United States of America.

JACQUELINE C. ROMERO
UNITED STATES ATTORNEY


  s/ Jason Bologna
JASON BOLOGNA
Assistant United States Attorney